IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-MJ-677 |
| | ) | |
| BRENDA BEEBE, | ) | Court Date: December 8, 2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2571566)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 1, 2025, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, BRENDA BEEBE, did unlawfully operate a motor vehicle on a highway at a speed of 20 miles per hour or more in excess of the applicable maximum speed limit.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-862.)

            Respectfully submitted,
            Lindsey Halligan
            United States Attorney and Special Attorney

            Todd W. Blanche
            Deputy Attorney General

            Robert K. McBride
            First Assistant United States Attorney

      By:     /s/
            Richard Krupczak
            Special Assistant United States Attorney
            United States Attorney's Office
            Eastern District of Virginia
            2100 Jamieson Avenue

Alexandria, VA 22314  
Phone: 703-299-3902  
Fax: 703-299-3980  
Email: Richard.krupczak@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on December 3, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov